IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON D. BODLE | : | Civil Action No. 4:12-CV-02425 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ERIC LINHARDT, *et. al.,* | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**
June 10, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the April 8, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 11.

Pursuant to Magistrate Judge Schwab's report and recommendation, which allowed plaintiff the opportunity to amend the complaint consistent with those findings, plaintiff filed an amended complaint on April 25, 2013. ECF No. 12. Because this Court agrees with Magistrate Judge Schwab's analysis, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's April 8, 2013 Report and Recommendation is ADOPTED in full. ECF No. 11.

2. The action is remanded to Magistrate Judge Schwab for further proceedings including review of plaintiff's amended complaint.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge