# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON D. BODLE,<br><br>             Plaintiff<br><br>v.<br><br>CHRISTOPHER KRINER, et al.,<br><br>             Defendants | CIVIL ACTION NO. **4:12-CV-02425**<br><br>(BRANN, J.)<br>(MEHALCHICK, M.J.) |

## **ORDER**

AND NOW, this 9th day of October 2013, IT IS HEREBY ORDERED that Plaintiff is granted one final opportunity to correct the defects cited in the Memorandum accompanying this Order (Doc. 20), and those cited in this Court's Report and Recommnedation (Doc. 11), as adopted by Order (Doc. 15). Plaintiff, if he chooses to do so, should file his Second Amended Complaint within twenty-one (21) days of the date of this Order.

                                                                                      **BY THE COURT:**

                                                                            *s/ Karoline Mehalchick*

                                                                          **KAROLINE MEHALCHICK**
                                                                          **United States Magistrate Judge**